No. 471. SEARS, ROEBUCK & Co. v. HOYT ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. Raymond G. Stanbury* and *Harry D. Parker* for petitioner. *Mr. Francis J. Gabel* for respondents.

No. 478. NEVADA CONSOLIDATED COPPER CORP. ET AL. v. RAILROAD RETIREMENT BOARD ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. C. C. Parsons, H. Thomas Austern,* and *Elmer L. Brock* for petitioners. *Solicitor General Fahy* for respondents.

No. 479. UTAH COPPER Co. ET AL. v. RAILROAD RETIREMENT BOARD ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. The CHIEF JUSTICE took no part in the consideration or decision of this application. *Messrs. C. C. Parsons, H. Thomas Austern,* and *Elmer L. Brock* for petitioners. *Solicitor General Fahy* for respondents.

No. 476. AMERICAN INSURANCE Co. ET AL. v. SCHEUFLER, SUPERINTENDENT, ET AL. December 7, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. MR. JUSTICE ROBERTS and MR. JUSTICE MURPHY took no part in the consideration or decision of this application. *Messrs. Wm. Marshall Bullitt, E. R. Morrison,* and *David A. Murphy* for petitioners.